# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0123. RICARDO MORENO SAYAVEDRA v. SOIREE, INC., d/b/a TARA GEURARD SOIREE.**

Ricardo Moreno Sayavedra sued Soiree, Inc., d/b/a Tara Geurard Soiree ("Soiree") and others asserting personal injury claims. Soiree filed a motion for summary judgment, which the trial court granted. Sayavedra then filed this timely application for discretionary appeal.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425, 425 (1) (333 SE2d 622) (1985). Thus, Sayavedra was not required to file an application to obtain review of the order in question. And we will grant a timely-filed application for discretionary appeal where a trial court's order is subject to direct appeal. See OCGA § 5-6-35 (j); *Ahearn v. Westrec Mgmt.*, 244 Ga. App. 699, 699, n.1 (536 SE2d 606) (2000). Accordingly, this application is hereby GRANTED. Sayavedra shall have ten days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. The

clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/07/2023_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*